# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANK ORTIZ, #53155 | ) ) |
| Plaintiff, | ) )  3:10-cv-00290-HDM-RAM |
| vs. | ) ) |
| RENEE BAKER, *et al.*, | )  **ORDER** ) |
| Defendants. | ) ) |

This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983. On July 27, 2010, the court issued an order directing plaintiff to file an amended complaint to cure the deficiencies of the original complaint (docket #10). The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action. The order was served on plaintiff at his address of record. On August 23, 2010, the court denied plaintiff's motion for reconsideration of the July 27, 2010 order (*see* docket #17).

More than the allotted time has elapsed and plaintiff has not filed an amended complaint. Accordingly, this entire action is dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** for the failure of

plaintiff to file an amended complaint.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 30th day of September, 2010.

\

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

2