AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF     NEVADA

FRANK ORTIZ,

    Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:10-cv-00290-HDM-RAM**

RENEE BAKER, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** for the failure of plaintiff to file an amended complaint.

   September 30, 2010     **LANCE S. WILSON**
                                                                             Clerk

                                                           /s/ Katie Lynn Ogden
                                                               Deputy Clerk